United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Garfield Williams, Sr
Alexis C. Morris-Williams
    Debtors

Case No. 15-16667-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 3     Date Rcvd: Jul 17, 2019
                       Form ID: 138NEW    Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.

```
db/jdb         #+Garfield Williams, Sr,    Alexis C. Morris-Williams,    315 Towns Place, Apartment A,
                 King of Prussia, PA 19406-3371
aty            #+Daniel P Mudrick,    One West First Avenue,    Suite 101,    Conshohocken, PA 19428-6800
cr             +PNC Bank, National Association,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
13598451       +AES,    1200 North Seventh Street,    Harrisburg, PA 17102-1419
13642695      ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court:   NAVIENT SOLUTIONS, INC ON BEHALF OF USA FUNDS,
                 ATTN: BNKRPTCY LITIGATION UNIT E3149,    PO BOX 9430,    WILKES-BARRE, PA 18773-9430)
13699746        Ally,    PO Box 380901,    Maple Plain, MN 55348
13598454       +Bryn Mawr Medical Specialists,    933 East Haverford Road,    Bryn Mawr, PA 19010-3819
13610736     +++CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
13598458       +Citibank,    PO Box 469100,    Escondido, CA 92046-9100
13598460       +Diversified Adjustments,    600 Coon Rapids Boulevard,    Minneapolis, MN 55433-5549
13873880        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13598461        Einstein Practice Plan,    PO Box 13918,    Philadelphia, PA 19101
13598463       +Financial Recoveries,    800 Kings Highway N,    Cherry Hill, NJ 08034-1511
13598464       +First Premier Bank,    900 W. Delaware St,    Sioux Falls, SD 57104-0337
13598465       +Fornance Physicians Services,    PO Box 820137,    Philadelphia, PA 19182-0137
13598466       +HSBC,    PO Box 37281,    Baltimore, MD 21297-3281
13622031       +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13645228       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13598472       +PNC Bank,    PO Box 609,    Pittsburgh, PA 15230-0609
13609523       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14215104       +PNC Bank, National Association,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
13610894       +PNC Bank, National Association,    c/o DAVID NEEREN,    Udren Law Offices, P.C.,
                 111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13598470       +Pinnacle Financial Group,    7825 Washington Avenue, Suite 310,    Minneapolis, MN 55439-2424
14125162        United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:31:06      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13627254       +E-mail/Text: g20956@att.com Jul 18 2019 03:38:44      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13608954        E-mail/Text: ally@ebn.phinsolutions.com Jul 18 2019 03:36:57      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13598453       +E-mail/Text: broman@amhfcu.org Jul 18 2019 03:38:01      American Heritage Federal Credit Union,
                 2060 Red Lion Road,    Philadelphia, PA 19115-1699
13598455       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 03:30:20      CACH, LLC,
                 370 17 Street, Suite 5000,    Denver, CO 80202-5616
13598456       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 03:29:08      Capitol One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
13598459        E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 18 2019 03:38:50
                 Credit Collection Service,    Two Wells Avenue,    Newton Center, MA 02459-3246
13873880        E-mail/Text: ECMCBKNotices@ecmc.org Jul 18 2019 03:37:25      ECMC,    PO Box 16408,
                 St. Paul, MN 55116-0408
13598462       +E-mail/Text: bknotice@ercbpo.com Jul 18 2019 03:38:00      Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13598467       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 03:30:19      LVNV Funding,
                 PO Box 10497,    Greenville, SC 29603-0497
13636680        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 03:30:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Receivables,
                 Acquisition Corporation (USA) IV,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13598468       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2019 03:37:55      Midland Funding LLC,
                 8875 Aero Dr,    Suite 200,    San Diego, CA 92123-2255
13598469       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 18 2019 03:37:13      PECO,    PO Box 37629,
                 Philadelphia, PA 19101-0629
13657993       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 18 2019 03:37:13      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2          User: SaraR              Page 2 of 3            Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW          Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13598473       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:31:15
                 Portfolio Recovery Associates,    PO Box 12914,     Norfolk, VA 23541
13627589       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 04:05:18
                 Portfolio Recovery Associates, LLC,    POB 41067,     Norfolk VA 23541
13652998      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2019 03:38:08        Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13602026       E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2019 03:37:31
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
13601584       E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2019 03:31:17
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13653652       E-mail/Text: appebnmailbox@sprint.com Jul 18 2019 03:37:55        Sprint Corp.,
                 Attn Bankruptcy Dept,   PO Box 7949,    Overland Park KS 66207-0949
13598474      +E-mail/Text: appebnmailbox@sprint.com Jul 18 2019 03:37:54        Sprint,   PO Box 8077,
                 London, KY 40742-8077
                                                                                               TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
cr*            ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
13598457*     +Capitol One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13598471*     +Pinnacle Financial Group,   7825 Washington Avenue, Suite 310,   Minneapolis, MN 55439-2424
13598452    ##+American Express,   PO Box 360002,   Fort Lauderdale, FL 33336-0002
                                                                                TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Attorney Daniel P Mudrick dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Joint Debtor Alexis C. Morris-Williams dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Garfield  Williams, Sr dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL W. MCCARTNEY, JR.    on behalf of Joint Debtor Alexis C. Morris-Williams
               daniel.mccartney.esq@gmail.com
              DANIEL W. MCCARTNEY, JR.    on behalf of Debtor Garfield  Williams, Sr
               daniel.mccartney.esq@gmail.com
              DAVID  NEEREN    on behalf of Creditor   PNC Bank, National Association dneeren@udren.com,
               vbarber@udren.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
```

```
District/off: 0313-2            User: SaraR                  Page 3 of 3                   Date Rcvd: Jul 17, 2019
                                Form ID: 138NEW              Total Noticed: 47


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Garfield Williams, Sr and Alexis C. Morris−Williams

        Debtor(s)          Bankruptcy No: 15−16667−jkf

                    Chapter: 13

_____

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                    Suite 400
               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                               For The Court
                                               Timothy B. McGrath
                                               Clerk of Court

Dated: 7/17/19

                                                                           74 − 73
                                                                     Form 138_new